UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ISAME HENRY FACIANE JR #355981** | **CIVIL ACTION NO. 24-1748 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **STATE OF LOUISIANA** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 7), no objection having been filed, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by ISAME HENRY FACIANE JR #355981 (R. Doc. 1) be **DENIED AND DISMISSED WITH PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 23rd day of May, 2025.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT