UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ISAME HENRY FACIANE JR #355981** | **CIVIL ACTION NO. 24-1748 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **STATE OF LOUISIANA** | **MAG. JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 7), and after an independent review of the record, determining that the Magistrate Judge's findings and recommendation are correct under the applicable law, and considering the objection to the Report and Recommendation in the record (R. Doc. 13);

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus filed by ISAME HENRY FACIANE JR #355981 (R. Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS ORDERED AND SIGNED** in Chambers this 1st day of July, 2025.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT